IN THE SUPREME COURT OF NORTH CAROLINA

No. 153A14

Filed 23 January 2015

STATE OF NORTH CAROLINA

v.

ANTONIO ALONZO MONROE

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 756 S.E.2d 376 (2014), finding no error after appeal of a judgment entered on 11 April 2013 by Judge Yvonne Mims Evans in Superior Court, Gaston County. Heard in the Supreme Court on 13 January 2015.

> *Roy Cooper, Attorney General, by LaShawn S. Piquant, Assistant Attorney General, and Daniel Snipes Johnson, Special Deputy Attorney General, for the State.*
>
> *Mark Hayes for defendant-appellant.*

PER CURIAM.

AFFIRMED.